ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2006

at 4 o'clock and ___ min. ___ PM
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. CR 05-00034DAE-01 |
| | ) | |
| ROBERT PETTEE | ) | |
| | ) | |

## ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Japan, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 4/20/2006 through on or about 4/30/2006, contingent upon approval of the government of Japan.

Dated: March 17, 2006, at Honolulu, Hawaii.

DAVID ALAN EZRA
U.S. District Judge